UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 25-30068-dwh7 |
| Mark Gordon Heron and | ) |
| Mary Kathleen Heron | ) **Notice of Intent to Sell Property** |
| | ) **at Private Sale, Compensate Real** |
| | ) **Estate Broker, and/or Pay any** |
| | ) **Secured Creditor's Fees and Costs** |
| | ) |
| | ) [Note: Do not use to sell personally |
| Debtor(s) | ) identifiable information about individuals.] |

1. An offer has been received by the trustee from Nicole Goode & Patricia Goode, whose relation to the debtor(s) is N/A, to purchase the following estate property: (If real property, state street address here. Also attach legal description as an exhibit to the notice filed with the court.)

   **1749 22nd St., Hood River, OR 97031**

   **See legal description, attached as Exhibit A.**
   **See Estimated Seller's Statement, attached as Exhibit B.**
   **The full Purchase and Sale Agreement is available upon request.**

   for the sum of $ 755,000.00 upon the following terms:
   **"As is, where is" with no warranties or guarantees. Closing to occur upon final order. In his business judgment, the Trustee concluded that this offer has better terms than other offers.**

2. The gross salesprice is: $ 755,000.00.

   All liens on the property total $662,950.22, of which the trustee believes a total of $ N/A* need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).

   Secured creditor(s) also seek(s) reimbursement of $N/A for fees and costs.

   Total sales costs will be: $42,000.00.

   All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $ 49,521.83**.

3. [If real property] The court appointed real estate broker, Diana Ferguson - Keller Williams, will be paid 3% Listing Agent Commission / Transaction Coordinator Referral [ECF No. 178].

**NOTICE IS GIVEN** that the trustee will sell the property, reimburse for any secured creditor's fees and costs, and compensate any real estate broker upon the above terms and without further notice unless, within 23 days of the date below:

1. The trustee receives a bid exceeding the above offer by at least $ 25,000 , and upon the same or more favorable terms to the estate; or

2. An interested party:

   (a) files a written objection to the sale, the reimbursement of fees and costs or broker's compensation, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401, and

   (b) serves the objection on the trustee, Russell D. Garrett, Chapter 7 Trustee , at 1211 SW Fifth Ave. #2700, Portland, OR 97204 .

If no objection is filed, but the trustee receives any upset bids as specified above within 23 days of the date below, the trustee will notify all persons who have expressed an interest in purchasing the above property of the date, time and place of a meeting at which the trustee will conduct an auction and sell the property to the highest bidder without further notice.

For further information, contact: Zoe F. Habekost, OSB 224124 - Counsel for Trustee
1300 SW 5th Ave, #2400 Portland, OR 97201 / zoe.habekost@tonkon.com .

Date: 8/20/2026

/s/ Russell D. Garrett
Trustee

*Expired Judgment Liens. The Trustee's review of title identified one judgment lien that was entered more than ten years ago and was not renewed or extended under applicable Oregon law (Gorge Recovery Services, Hood River Case No. 060004TR -$2,190.85). Accordingly, the Trustee does view that judgment as a valid,enforceable lien against the Property and does not propose to distribute sale proceeds on account of the judgment.

** Subject to adjustment. The Trustee is in the process of analyzing the validity of the total payoffs due to secured lender Shellpoint Mortgage Servicing due to Debtors' unsubstantiated claims of excess escrow required charges. The total value to the estate is approximated to be on the low end to assume that the asserted escrow required amount is valid. Outstanding interest and costs have continued to accrue since the date of the Estimated Seller's Statement and will be paid out of net proceeds as appropriate. All proceeds will be property of the Estate pursuant to the Debtors' agreement to purchase miscellaneous assets using their homestead exemption [See ECF 210].

# EXHIBIT A – LEGAL DESCRIPTION

Lot 91, HAZELVIEW'S FOURTH ADDITION, in the City of Hood River, County of Hood River and State of Oregon.

Exhibit B

**Ticor Title Company of Oregon**
9200 SE Sunnybrook Blvd., Ste 130, Clackamas, OR 97015
Phone: (503)219-2150 | Fax: (855)509-0769

# ESTIMATED SELLER'S STATEMENT

**Settlement Date:** September 18, 2026
**Disbursement Date:** September 18, 2026
**Escrow Number:** 36262600506
**Escrow Officer:** Dodie Schmaltz
**Email:** Dodie.Schmaltz@ticortitle.com

**Buyer:** Nicole Suzanne Goode
2273 June St
Hood River, OR 97031

**Seller:** Russell D. Garrett, Trustee for the Estate of Mary Kathleen Heron Bankruptcy Case No. 25-30068-dwh7

**Property:** 1749 22nd Street
Hood River, OR 97031-8672

| | | | $ DEBITS | $ CREDITS |
|---|---|---|---|---|
| **FINANCIAL CONSIDERATION** | | | | |
| Sale Price of Property | | | | 755,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | | | |
| County Taxes at $7,473.03 | 07/01/26 to 09/18/26 ($7,473.03 / 365 X 79 days) | | 1,617.45 | |
| **COMMISSIONS** | | | | |
| Commission - Listing Agent | Keller Williams Realty<br>$755,000.00 @ 3.0000% = $22,650.00 | | 22,650.00 | |
| Commission - Selling Agent | Don Nunamaker Realtors<br>$755,000.00 @ 2.0000% = $15,100.00 | | 15,100.00 | |
| **TITLE & ESCROW CHARGES** | | | | |
| Title - Escrow Fee | Ticor Title Company of Oregon | | 1,227.50 | |
| Title - Reconveyance/Release Service Fee | Ticor Title Company of Oregon | | 200.00 | |
| Title - Owner's Title Insurance | Ticor Title Company of Oregon | | 1,733.00 | |
| Policies to be issued:<br>Owners Policy<br>Coverage: $755,000.00 Premium: $1,733.00 Version: ALTA Owner's Policy 2021 | | | | |
| **PAYOFFS** | | | | |
| Payoff of First Mortgage Loan | Shellpoint Mortgage Servicing | | 608,400.04 | |
| Principal Balance | | 338,601.54 | | |
| Interest To 08/20/26 | | 165,508.93 | | |
| Unapplied Balance | | -605.74 | | |
| Corporate Advance | | 19,784.38 | | |
| Escrow Required | | 84,963.93 | | |
| Release Fee | | 147.00 | | |
| **MISCELLANEOUS CHARGES** | | | | |
| City Lien | City of Hood River | | 205.49 | |
| Judgment Payoff #21 | Stadelman Fruit LLC | | 52,076.28 | |
| Personal Property Taxes | Hood River County Tax Collector | | 1,137.63 | |
| Warrant | State of Oregon | | 1,130.78 | |
| **Subtotals** | | | 705,478.17 | 755,000.00 |
| **Balance Due TO Seller** | | | **49,521.83** | |
| **TOTALS** | | | 755,000.00 | 755,000.00 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements to be made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

Russell D. Garrett, Trustee for the Estate of Mary Kathleen Heron Bankruptcy Case No. 25-30068-dwh7

BY:______________________________ __________
Russell D. Garrett Date
Trustee

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Ticor Title Company of Oregon
Settlement Agent